UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEREMY T. HUNTER and ALYSHA HUNTER,

    Plaintiffs,

  v.

SMITH & WESSON CORP., GOULD & GOODRICH, INC., GALLS, AN ARAMARK COMPANY, LLC, and STEVEN KING, *doing business as Belleville Indoor Shooting Range*,

    Defendants.

Case No. 08-cv-733-JPG

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NANCY J. ROSENSTENGEL**

**By:s/Deborah Agans, Deputy Clerk**

**Dated: October 27, 2009**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**